**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Libia Zulema MARQUEZ–LERMA,**
**Defendant–Appellant.**

**No. 07–30120.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.[*]

Filed July 23, 2010.

James E. Seykora, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Palmer A. Hoovestal, Esq., Helena, MT, for Defendant–Appellant.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Libia Zulema Marquez–Lerma appeals from the 121–month sentence imposed upon remand for resentencing. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Marquez–Lerma's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

